UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| RAFAEL OCASIO-LOZADA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Civil No. 09-1192 (JAF) |

**O R D E R**

On February 19, 2010, counsel for the United States, a Defendant in this case, submitted a motion under Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiffs' action against the other remaining Defendants, eight unknown agents of the Federal Bureau of Investigation. (Docket No. 37.) Plaintiffs opposed by noting that counsel for the United States does not represent the eight unknown agents. (Docket No. 39.)

Counsel states that she does not represent these eight unknown Defendants. (Docket No. 37.) While we appreciate counsel's desire to expedite the resolution of this case, there is no prejudice to the eight unknown agents if we permit them to present defenses on their own behalf if and when they receive service of process. We summarily reject this untimely attempt to interpose defenses on behalf of Defendants who have yet to appear in the instant case.

At the same time, we note that five months have elapsed since an earlier order concerning a challenge to Plaintiffs' service of process. (See Docket No. 19.) In that order, we

Civil No. 09-1192 (JAF)                                                                                               -2-

admonished Plaintiffs for the delay engendered by their failure to follow proper procedure. (Id.) More than one year has wasted since Plaintiffs filed their complaint in the instant case. (See Docket No. 1.) We, thus, command Plaintiffs to demonstrate by affidavit what discovery devices they have diligently employed to discover the identity of the eight unknown Defendants so that these agents may be served with process. See Fed. R. Civ. P. 26–37.

Accordingly, we hereby **DENY** the present motion to dismiss (Docket No. 37). We **ORDER** Plaintiffs to **SHOW CAUSE, on or before April 29, 2010**, as to why we should not dismiss their claims against the eight unknown Defendants for failure to diligently prosecute.

**IT IS SO ORDERED**.

San Juan, Puerto Rico, this 16th day of April, 2010.

                                          s/José Antonio Fusté
                                          JOSE ANTONIO FUSTE
                                          Chief U.S. District Judge